UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Edgar Octavio Arias Gallegos,<br><br>       Plaintiff,<br><br>  -against-<br><br>Director, United State Citizenship and Immigration Services,<br><br>       Defendant. | 25cv05627 (PAE) (RFT)<br><br>ORDER OF SERVICE |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

  The Clerk of Court is directed to issue a summons as to Defendant, United State Citizenship and Immigration Services. Plaintiff is directed to serve the summons and complaint to Defendant within 90 days of the issuance of the summons.[1]

  If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  Plaintiff may receive court documents by email by completing the attached form, [Consent to Electronic Service](#).[2]

DATED: July 11, 2025  
     New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge

---

  [1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

  [2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.