UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR OCTAVIO ARIAS GALLEGOS,<br><br>               Plaintiff,<br><br>   -against-<br><br>DIRECTOR, USCIS,<br><br>               Defendant. | 25-CV-5627 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 8, 2025, Plaintiff filed his Petition seeking, in part, injunctive relief with respect to Plaintiff's U-visa determination. (See ECF 1.) By Order of Reference dated, July 10, 2024, Judge Paul A. Engelmayer referred this case to a Magistrate Judge for general pretrial supervision. (ECF 6.)

It is ORDERED that, by **September 30, 2025**, Plaintiff shall file a memorandum of law in support of his request for affirmative relief. The Government shall, by **October 21, 2025**, file a memorandum of law in opposition to Plaintiffs request. Plaintiff shall, by **November 11, 2025**, file any reply memorandum. The memoranda and other materials shall comply with my individual practice rules (https://nysd.uscourts.gov/hon-robyn-f-tarnofsky).

DATED:  September 11, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge