UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR OCTAVIO ARIAS GALLEGOS,<br><br>     Plaintiff,<br><br> -against-<br><br>DIRECTOR, USCIS,<br><br>     Defendant. | 25-CV-5627 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A telephonic conference is scheduled for **Wednesday November 26, 2025** at 11:00 AM. Pro se plaintiff should be prepared to discuss the status of the case. Pro se plaintiff is directed to join the conference at the scheduled time. Please dial (646) 453-4442 and then enter the access code follow by the pound sign: **869 295 162#.**

DATED: November 17, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge