UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR OCTAVIO ARIAS GALLEGOS,

                        Plaintiff,

        -against-

DIRECTOR, USCIS,

                        Defendant.

25-CV-5627 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A status conference was held on November 26, 2025. Present were counsel for Defendant, Plaintiff, and a friend of Plaintiff who acted as an interpreter for him. As discussed at the conference, Plaintiff sent his opposition to Defendant's motion to dismiss (ECF 17) to my chambers rather than to the Pro Se Intake Unit. The materials included a memorandum of law in opposition along with attachments containing sensitive medical and other personal information. Those materials will be placed on the docket – the memorandum of law will be available on the public docket, and the attachments will be sealed, with access granted only to Plaintiff, Defendant, and the Court. Plaintiff indicated that he had mailed additional materials to the Court in opposition to the motion to dismiss and that he had received notification that those materials had been delivered on Monday, November 24, 2025. However, the Court does not appear to have received those materials yet. Any additional materials received by the Court in opposition to Defendant's motion to dismiss shall be placed on the docket, with any sensitive and other personal information being sealed.

Defendant's reply in further support of the motion to dismiss shall be due by **January 5, 2026**.

DATED:  November 26, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge