UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR OCTAVIO ARIAS GALLEGOS,<br><br>                    Plaintiff,<br><br>        -against-<br><br> DIRECTOR, USCIS,<br><br>                    Defendant. | 25-CV-5627 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 22, 2025, the Government filed a letter on the docket informing the Court that on December 9, 2025, USCIS issued a bona fide determination as to Plaintiff's petition—the relief sought by Plaintiff—and requesting, with Plaintiff's consent, that the Court dismiss this action as moot. (See ECF 24.)

A telephonic conference is scheduled for **Friday January 9, 2026 at 11:30 AM**. The Parties should be prepared to discuss the Government's letter at ECF 24. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442 and then enter the access code follow by the pound sign: **914 348 954#.**

DATED:  December 29, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge