UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR OCTAVIO ARIAS GALLEGOS,

                Plaintiff,

      -against-

DIRECTOR, USCIS,

                Defendant.

25-CV-5627 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The telephonic conference scheduled for January 9, 2026 was not held. The conference is rescheduled to **Thursday, January 15, 2026 at 10:30 AM**. The pro se plaintiff and counsel for defendant should be prepared to discuss the Government's letter at ECF 24, including the parties' request that the Court dismiss the action as moot. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442 and then enter the access code follow by the pound sign: 914 348 954#.

DATED:  January 9, 2026
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge