UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDGAR OCTAVIO ARIAS GALLEGOS,

                        Plaintiff,

       -v-

DIRECTOR, UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                   Defendants.

25 Civ. 5627 (PAE) (RFT)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 8, 2025, plaintiff commenced the above-captioned action, seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to issue a *bona fide* determination on his pending visa petition. Dkt. 1. On December 9, 2025, USCIS issued a *bona fide* determination as to plaintiff's petition. On December 22, 2025, the parties notified the Honorable Robyn F. Tarnofsky, Magistrate Judge, that plaintiff's requested relief had been granted, *see* Dkt. 24, and, as such, it is "impossible for a court to grant any effectual relief whatever to the prevailing party." *Knox v. Serv. Emps. Int'l Union, Local 1000*, 567 U.S. 298, 307 (2012). On January 15, 2026, Judge Tarnofsky held a conference with the parties, where they jointly requested the Court dismiss this action as moot. The Second Circuit commands that "[i]f, as a result of changed circumstances, a case that presented an actual redressable injury at the time it was filed ceases to involve such an injury, it ceases to fall within a federal court's Article III subject matter jurisdiction and must be dismissed for mootness." *Connecticut Citizens Def. League, Inc. v. Lamont*, 6 F.4th 439, 444 (2d Cir. 2021).

Accordingly, it is ORDERED that the above-entitled action is hereby dismissed without prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 20, 2026
       New York, New York